ON MOTION FOR REHEARING OF ORDER DENYING APPELLATE ATTORNEY’S FEES AND COSTS
 

 PER CURIAM.
 

 In this eminent domain case, Appellees filed motions seeking an award of appellate attorney’s fees and costs. We denied the motions. On consideration of Appellees’ respective motions for rehearing, we now grant the motions and remand this matter for the trial court to determine the appropriate amount of the award.
 
 See Seminole County v. Boyle Inv. Co.,
 
 724 So.2d 645, 646 (Fla. 5th DCA 1999) (holding defendant landowner entitled to appellate attorney’s fees and costs where condemning authority appealed fee award and defendant prevailed);
 
 Solid Waste Authority of Palm Beach County v. Parker,
 
 622 So.2d 1014 (Fla. 4th DCA 1993) (holding that section 72.131(2), Florida Statutes, provides for an award of appellate attorney’s fees where the issue was the reasonableness of the fee awarded by the trial court).
 

 Appellees’ motions for attorney’s fees are GRANTED, and this cause is REMANDED with instructions consistent with this opinion.
 

 DAVIS, VAN NORTWICK, and THOMAS, JJ., concur.